John L. Smaha, Esq.  (Bar No. 95855)
Gustavo E. Bravo, Esq. (Bar No. 218752)
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, CA  92110
(619) 688-1557
(619) 688-1558 (Facsimile)

Counsel for Debtor, The Crosby National Golf Club, LLC

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.  15-04483-MM11 |
| The Crosby National Golf Club, LLC | **DEBTOR'S STATUS REPORT REGARDING AUCTION AND REQUEST FOR DETERMINATION** |
| | Chapter 11 |
| | Date:    January 9, 2017<br>Time:   10:00 p.m.<br>Judge: Hon. Margaret M. Mann |

The Debtor-In-Possession, The Crosby National Golf Club, LLC (the "23, Debtor")
respectfully submits the following status report on the Auction scheduled for January 9, 2017 at
10:00 a.m.   The Debtor has received three timely deposits from interested buyers.  The qualified
buyers are:

    1.       Bando Development Co., Ltd.;

    2.       The Crosby Golf Club Partners, LLC; and,

    3.       Escalante Crosby Acquisition LLC.

Each has made the required $700,000 deposit.  The Smaha Law Group, APC, as counsel
for the Debtor, has opened a segregated trust account for the benefit of the Debtor at JP
Mortgage Chase Bank (Account ending in -3002).  All of the deposits are currently in that
account.

1    The Debtor has reviewed the appeal by The Crosby Estate at Rancho Santa Fe Master

2    Association (the "Crosby HOA") of the Order Confirming Debtor's Ninth Amended Plan of

3    Reorganization Dated December 13, 2016 (Docket Number 909; dated December 21, 2016).

4    The filing of the Crosby HOA's appeal has created a concern amongst the bidders related to the

5    application of 11 U.S.C. Section 363(m) to the sale.  The Debtor is informed and believes that all

6    three of the bidders are interested in proceeding with the Auction, however all bids at the

7    Auction would be subject to and conditioned upon a finding that 363(m) status applies to each

8    bidder whether they are buying Debtor's Assets or newly issued membership interests.  Further,

9    the Debtor is also informed and believes that the Crosby HOA will object to any entity related to

10   the current ownership of the Debtor acquiring 363(m) status.  The Debtor's concern is that the

11   pending appeal and the Crosby HOA's continued antagonism towards the Debtor's current

12   ownership will necessarily chill the bidding process.

13    The question of 363(m) status is discussed in the Plan: "The Highest and Best Bidder

14   may seek to have the Court determine at the Auction Hearing that it is a good faith purchaser

15   entitled to protection pursuant to 11 U.S.C. Section 363(m)." (Ninth Amended Plan, Pg. 4).  At

16   this time, due to the fact that an appeal of the Ninth Amended Plan has been filed and the Crosby

17   HOA's indication that it will object to any 363(m) status being found for either the Debtor's

18   current ownership or any entity related thereto, the Debtor believes that the determination that

19   363(m) good faith status applies to each bidder must be made prior to the starting of the bidding

20   at the Auction.  This determination should be made whether the bidder decides to purchase the

21   Debtor's Assets under the Asset Purchase Agreement (the "APA") or to purchase the newly

22   issued stock of the Debtor under the Ninth Amended Plan.[1]

23   ///

24

---

25   [1] The Ninth Amended Plan provides: "If Escalante LP is not the Highest and Best Bidder
     and the Highest and Best Bidder elects to obtain the membership Interests of the Debtor, all
26   existing membership interests in the Debtor shall be cancelled and 100% of the new membership
     Interests in the Debtor shall be transferred to the Person that is the Highest and Best Bidder at
27   Closing." Escalante LP will not be submitting bids at the auction.  As such this section of the
     Plan will be implemented.  As such, any bidder, whether purchasing under the APA or under this
28   section will be purchasing property of the estate under 363(m).

2

DEBTOR'S STATUS REPORT REGARDING AUCTION AND REQUEST FOR DETERMINATION

1   If the Court is satisfied that the determination of 363(m) status can be made for each

2   bidder before bids commence without further evidence or briefing, then such determination

3   should be made.  However, if the Court determines further briefing and taking of evidence will

4   be needed before 363(m) status can be found for each bidder, then the Debtor requests that the

5   Auction be postponed until such briefing, evidence and ultimate determinations can be made.  To

6   do otherwise, would create an unbalanced playing field at the Auction that will very likely chill

7   the bidding process.

8   Based on the above status report and on the provisions of the Ninth Amended Plan

9   calling for a determination of 363(m) status at the Auction, the Debtor respectfully requests that

10  the Court make such a determination prior to the opening of bidding on behalf of all three

11  bidders whether they are buying the membership shares or the Assets.  Alternatively, if the Court

12  feels such a determination cannot be made without further briefing and/or the taking of evidence,

13  the Debtor requests that the Court continue the Auction hearing until such time as the Court has

14  made the necessary 363(m) determinations for each bidder.   The alternative would be to provide

15  certain bidders with a more advantageous position relative to each other.  This may be the

16  Crosby HOA's intent in filing the now pending appeal[2], but it is not consistent with the ultimate

17  goal of the Debtor's Ninth Amended Plan, to find the highest return for all creditors.

18

19  Dated:  January 6, 2017                           /s/  John L. Smaha
                                                     John L. Smaha, Esq.
20                                                   SMAHA LAW GROUP, APC
                                                     Counsel for
21                                                   The Crosby National Golf Club, LLC

22
    W:\Crosby\Plan & DS\198.Auction.Status.Report.doc
23

·24

25

    _____

26      [2] In fact, the Debtor is concerned that recent communications from the Crosby HOA
    suggest that the Crosby HOA is only targeting Escalante and thus, in a round about way, trying
27  to manipulate the bid by suggesting that the appeal would likely be dismissed if the buyer was
    not Escalante.  The implication of this type of tampering is alarming to say the least.  A copy of
28  the e-mail from the Crosby HOA to Mr. Breslauer is attached hereto as Exhibit A.

**DEBTOR'S STATUS REPORT REGARDING AUCTION AND REQUEST FOR DETERMINATION**

# EXHIBIT A

**John Smaha**

| | |
|---|---|
| **From:** | Michael D. Breslauer <mbreslauer@swsslaw.com> |
| **Sent:** | Thursday, January 05, 2017 5:53 PM |
| **To:** | 'John Smaha' |
| **Subject:** | FW: Crosby |

fyi

Michael D. Breslauer | Partner
**Solomon Ward Seidenwurm & Smith, LLP**
(dd) 619.238.4804 | (m) 619.823.0303 | (f) 619.615.7904
mbreslauer@swsslaw.com | www.swsslaw.com | v-card
Please read **legal disclaimer** that governs this email and any attachments.



**From:** Michael D. Breslauer
**Sent:** Thursday, January 05, 2017 4:37 PM
**To:** 'Peter L. Duncan'
**Cc:** Sarah H. Lanham
**Subject:** RE: Crosby

Peter,

Thanks for the clarification.

Michael

Michael D. Breslauer | Partner
**Solomon Ward Seidenwurm & Smith, LLP**
(dd) 619.238.4804 | (m) 619.823.0303 | (f) 619.615.7904
mbreslauer@swsslaw.com | www.swsslaw.com | v-card
Please read **legal disclaimer** that governs this email and any attachments.



1

**From:** Peter L. Duncan [mailto:peterd@psdslaw.com]
**Sent:** Thursday, January 05, 2017 4:16 PM
**To:** Michael D. Breslauer
**Cc:** Sarah H. Lanham
**Subject:** Crosby

Michael:

As we discussed, this is something that the HOA felt it was required to do because the sale next week is pursuant to the confirmation order, not a separate order on a motion to sell.

The HOA previously objected to plan confirmation on a number of grounds, including the Absolute Priority Rule and the Best Interests of Creditors test. These issues don't appear to be present if Escalante is not the highest and best bidder.

The HOA has not, and does not intend to, seek a stay of the confirmation order to delay or otherwise impact the auction next week. Indeed, if Escalante is not determined to be the highest bidder, the appeal may be moot and would likely be dismissed. Obviously, this won't be known until next week.

We hope that this resolves the OCC's concerns. Please call or email if you have any questions.

Peter Duncan

---

**From:** Michael D. Breslauer [mailto:mbreslauer@swsslaw.com]
**Sent:** Thursday, January 05, 2017 11:53 AM
**To:** 'Peter Duncan' <peterd@psdslaw.com>
**Cc:** Don Ceglar <dwceglar@aol.com>; Cheryl Wohlgemuth <cherylwohlgemuth@aol.com>; 'Paul Olsen' <polsen1@cox.net>; Tom Janecek <tom.janecek@tig.com>; Stephen Jigger <sjigger@outlook.com>; Lauren Hanna <lauren@hannacompany.com>; Jennifer Erler <jennifer@igst.com>
**Subject:** RE: Crosby GC - buyer golf courses for Court reference

Peter,

I don't think you ever told me that the HOA is appealing the confirmation order, although you probably mentioned that it was under consideration.

How very sad that the HOA wants something other than resolution of the case through an auction sale.

Michael

Michael D. Breslauer | Partner
**Solomon Ward Seidenwurm & Smith, LLP**
(dd) 619.238.4804 | (m) 619.823.0303 | (f) 619.615.7904
mbreslauer@swsslaw.com | www.swsslaw.com | v-card
Please read **legal disclaimer** that governs this email and any attachments.



**From:** Peter Duncan [mailto:peterd@psdslaw.com]
**Sent:** Thursday, January 05, 2017 10:56 AM
**To:** Michael D. Breslauer
**Subject:** Re: Crosby GC - buyer golf courses for Court reference

Michael:

I tried to leave you a voicemail, but I'm not sure it went through. As I mentioned earlier, the HOA will be appealing the confirmation order today. Let's talk tomorrow about the sale. I will let you know if Bando's counsel, Fred Hayes, contacts me as you suggested.

Peter

Thanks.

Peter

Sent from my iPhone. My apologies for any typos.

On Jan 5, 2017, at 10:19 AM, Michael D. Breslauer <mbreslauer@swsslaw.com> wrote:



Michael D. Breslauer | Partner
**Solomon Ward Seidenwurm & Smith, LLP**
(dd) 619.238.4804 | (m) 619.823.0303 | (f) 619.615.7904
mbreslauer@swsslaw.com | www.swsslaw.com | v-card
Please read **legal disclaimer** that governs this email and any attachments.

<image001.jpg>


**From:** Fred Hayes [mailto:fredhayesesq@gmail.com]
**Sent:** Monday, January 02, 2017 3:23 PM
**To:** Michael D. Breslauer
**Cc:** Jason (Jun) Seo
**Subject:** Fwd: Crosby GC - buyer golf courses for Court reference

Michael,

Here are three country clubs owned and operated by the buyer:

1. www.kamogolfclub.co.jp
2. www.nscc.golftk.com
3. www.boracc.co.kr


--
Sincerely,
Fred Hayes
Office Direct (714) 481-5820
Fax # (888) 248-5050

1  John L. Smaha, Esq.  Bar No. 95855
   Gustavo E. Bravo, Esq.  Bar No. 218752
2  **SMAHA LAW GROUP APC**
   2398 San Diego Avenue
3  San Diego, California 92110
   (619) 688-1557  Telephone
4  (619) 688-1558  Facsimile
   Attorneys for Debtor, The Crosby National Golf Club, LLC
5
                    **UNITED STATES BANKRUPTCY COURT**
6                    **SOUTHERN DISTRICT OF CALIFORNIA**
7  **PROOF OF SERVICE**              Case No. 15-04483-MM11
8                                    _In re The Crosby National Golf Club, LLC_
9
        I am employed in the City of San Diego, California.  I am over the age of 18 and not a party to the
10 within action.  My business address is 2398 San Diego Avenue, San Diego CA 92110.
11      On January 6, 2017, I caused to be served the following document(s) described as:
12 1.    **DEBTOR'S STATUS REPORT REGARDING AUCTION AND REQUEST FOR**
        **DETERMINATION**
13
   U.S. TRUSTEE                      Robert Silva
14 Department of Justice             c/o The Crosby National Golf Club, LLC
   402 West Broadway, Ste. 600       2930 Bledsoe Street, Ste. #124
15 San Diego, CA 92101               Fort Worth, TX 76107
                                     _Courtesy Copy_
16
17 [X]   **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope.  I then
         placed it for collection and mailing with the United States Postal Service this same day, at my address
18       shown above, following ordinary business practice.
19 [X]   **(ELECTRONIC NOTICE VIA THE ECF SYSTEM).**  Pursuant to controlling General Order(s)
         and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF
20       and hyperlink to the document. On January 6, 2017, I checked the CM/ECF docket for this bankruptcy
         case or adversary proceeding and determined that the following person(s) are on the Electronic Mail
21       Notice List to receive NEF transmission at the email addresses indicated below:
22       Everett G. Barry:           ebarry@mulvaneybarry.com, ktran@mulvaneybarry.com
         Gustavo E. Bravo:           gbravo@smaha.com
23       Michael D. Breslauer:       mbreslauer@swsslaw.com, wyones@swsslaw.com
         Christopher Celentino:      celentinoc@ballardspahr.com, burkec@ballardspahr.com
24       K. Todd Curry:              tcurry@currylegal.com
         Peter L. Duncan:            peterd@psdslaw.com, theresam@psdslaw.com
25       Martin A. Eliopulos:        elio@higgslaw.com, millerl@higgslaw.com
         Kristen Marquis Fritz:      kfritz@smaha.com
26       Luiey Haddad:               lghlaw1@gmail.com
         Gregory J. Hout:            GHout@Houtlaw.com
27       Sarah H Lanham:             slanham@klineinstlaw.com, lcage@klineinstlaw.com
         Adam A. Lewis:              alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
28       Yosina M. Lissebeck:        ylissebeck@lissebecklaw.com, ylissebeck@ecf.inforuptcy.com
         Dawn A. Messick:            messickd@ballardspahr.com,
                                     chabota@ballardspahr.com;burkec@ballardspahr.com
         Kristin Mihelic:            Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov
         Gary B. Rudolph:            rudolph@sullivanhill.com,

                                            1

| | |
|---|---|
| 1 | hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sul livanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.info ruptcy.com |
| 2 | |
| 3 | **John L. Smaha:** jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha. com |
| 4 | **Lisa Torres:** ltorres@gogglaw.com, mburke@gogglaw.com |
| 5 | **United States Trustee:** ustp.region15@usdoj.gov |
| | **Victor A. Vilaplana:** vavilaplana@foley.com, rhurst@foley.com |
| | **Timothy Andrew York:** tyork@qslwm.com, nchancellor@qslwm.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **January 6, 2017**, San Diego, California.

/s/ Amelda M. Dawson
Amelda M. Dawson