Fred P. Hayes, Esq. (SBN 132327)
fredhayesesq@gmail.com
1400 N Harbor Blvd, Suite 101
Fullerton, CA 92835
Telephone (714) 481-5820
Facsimile (888) 248-5050

Attorney for Bando Development Co., Ltd.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE CROSBY NATIONAL GOLF CLUB, LLC,<br><br>Debtor. | CASE NO. 15-04483-MM11<br><br>Chapter 11<br><br>**DECLARATION OF DONG CHUL SHIN**<br><br>Date: January 9, 2017<br>Time: 10 am<br>Dept: One (1)<br><br>Honorable Judge Margaret M. Mann |

I, Dong Chul Shin, declare:

1. I am over 21 years of age and have personal knowledge of the following facts and circumstances, and could and would competently testify thereto if called as a witness in this matter.

2. I am Executive Director of Bando Development Co. LTD, a Korean

1

REQUEST FOR GOOD FAITH FINDING
OF PROSPECTIVE BUYER
CASE NO. 15-04483-MM11

Corporation in good standing. Bando has submitted an executed Asset Purchase Agreement and a $700,000 deposit in compliance with requirements to participate in the auction of the assets of Debtor The Crosby National Golf Club, LLC ("Debtor"). Bando Development Co., LTD, has available cash deposits significantly in excess of the amount of Bando's initial bid of $7,100,000. Bando therefore has funds available to complete a purchase of the assets pursuant to the auction, and cash available for operations of the Crosby golf club.

3. Bando is related to other entities, including Bando Engineering & Construction. Bando or its related entities currently operate three golf courses, two in Japan and one in Korea. Bando anticipates qualifying to do business in California or forming a United States corporation or limited liability company qualified to do business in California prior to close of escrow to receive title to the assets of Debtor.

4. Bando learned of the possible sale of Debtor's assets through contacts in the golf industry. Bando hired Jason Seo, an expert in golf courses and their operations, to investigate the possibility of purchase of Debtor's assets. Mr. Seo has been obtaining documents regarding the course, reviewing documents regarding the course, and submitting documents regarding the potential acquisition of Debtor's assets. Jason Seo is not an employee or agent of Debtor. Documents obtained by Mr. Seo were submitted to Bando for review by me and other persons involved in Bando's operations. Bando has conducted its own due diligence investigation regarding the Debtor's assets and operations. Mr. Seo also attended an inspection of the course lasting approximately 3.5 hours, and Mr. Seo reported the results of that inspection to Bando. Bando is aware there are significant deferred maintenance issues related to the golf club.

5. Bando has conducted its own due diligence investigation regarding the

2

Crosby golf course, the assets of the Debtor, and the anticipated acquisition of the Debtor's assets, including the real estate described in a Preliminary Title Report, Order Number NCS-819214-SD, the club house, the sports facility, and personal property viewed during inspection.

6. As an officer and representative of Bando, I have reviewed and understand the ninth amended plan of reorganization, the court approved disclosure statement, the order confirming the ninth amended plan of reorganization, the orders regarding approved use and operations for the golf club, the bidding procedures, the order approving the bidding procedures and the court approved form of asset purchase agreement. I have discussed this with other representatives and advisors to Bando. If determined to be the highest and best bidder at the auction, Bando will abide by the terms of the ninth amended plan of reorganization and any court orders regarding use.

7. Bando understands that it will be obligated to purchase the assets of the Debtor at an initial purchase price of $7.1 million and that the court approved overbid increments for the auction is at least $50,000. Bando further understands that in the event its final bid is determined to be the highest and best offer that is approved by the Bankruptcy Court, that Bando must be able to fund the purchase price on or before the court approved closing date or it will forfeit its deposit. Bando has on deposit amounts sufficient for any anticipated bid, and also amounts sufficient to cover the costs of deferred maintenance and other expenses that Bando anticipates might be necessary after purchase.

8. Bando further understands that if selected as the approved buyer, the purchase price does not include the naming rights and that a separate agreement will have to be negotiated for those rights, or Bando will have to rebrand the golf club.

3

REQUEST FOR GOOD FAITH FINDING
OF PROSPECTIVE BUYER
CASE NO. 15-04483-MM11

9. Bando has not relied on representations of the Debtor, or its counsel in evaluating Debtor's assets. Bando is not a creditor or debtor of the Debtor. Bando has no contractual relationship with any creditor involved in this case.

10. Bando is aware that the Court's orders acknowledge that the golf club is a private club. Bando is also aware that many homeowners in the area have not purchased any club membership. Bando anticipates that increasing membership and member satisfaction is an essential part of successful operation of the golf club.

11. Bando is prepared to participate in good faith in the auction of the assets of the Debtor, and Bando desires to receive a determination that its purchase of the assets of the Debtor is subject to the provisions and protection of 11 U.S.C., section 363(m).

12. I am in charge of bidding for Bando. Bando has not colluded with or entered into any separate agreements with the OCC, the Debtor, or the HOA. Bando has not discussed the sale with the principals of the Debtor or any other qualified overbidder.

I declare under penalty of perjury under the laws of the State of California in the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on January 7, 2017, at _Los Angeles_, California.

Dong Chul Shin

REQUEST FOR GOOD FAITH FINDING
OF PROSPECTIVE BUYER
CASE NO. 15-04483-MM11

## PROOF OF SERVICE

I, Wendy A. Yones, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On **January 8, 2017**, I served the following document(s):

**DECLARATION OF DONG CHUL SHIN**

on each of the interested parties stated on the attached service list.

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 8, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- Everett G. Barry    ebarry@mulvaneybarry.com, ktran@mulvaneybarry.com
- Gustavo E. Bravo    gbravo@smaha.com
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Christopher Celentino    celentinoc@ballardspahr.com, burkec@ballardspahr.com
- K. Todd Curry    tcurry@currylegal.com
- Peter L. Duncan    peterd@psdslaw.com, theresam@psdslaw.com
- Martin A. Eliopulos    elio@higgslaw.com, millerl@higgslaw.com
- Kristen Marquis Fritz    kfritz@smaha.com
- Luiey Haddad    lghlaw1@gmail.com
- Gregory J. Hout    GHout@Houtlaw.com
- Sarah H Lanham    slanham@klinedinstlaw.com, lcage@klinedinstlaw.com
- Adam A. Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Yosina M. Lissebeck    ylissebeck@lissebecklaw.com, ylissebeck@ecf.inforuptcy.com
- Dawn A. Messick    messickd@ballardspahr.com, chabota@ballardspahr.com;burkec@ballardspahr.com
- Kristin Mihelic    Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- John L. Smaha    jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com
- Lisa Torres    ltorres@gogglaw.com, mburke@gogglaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Timothy Andrew York    tyork@qslwm.com, nchancellor@qslwm.com

II.   **SERVED BY U.S. MAIL**: On **January 8, 2017**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, as addressed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   January 8, 2017          By: /s/ Wendy A. Yones
                                  WENDY A. YONES

P:01092088:60600.001

## SERVICE LIST BY U.S. MAIL

| | |
|---|---|
| 1 | |
| 2 | A.D. Williams Turf Sprayers<br>11033 N. 23rd Ave.<br>Phoenix, AZ 85029 |
| 3 | |
| 4 | Philip Anton<br>P.O. Box 5000, PMB229<br>Rancho Santa Fe, CA 92067-5000 |
| 5 | |
| 6 | Thomas Daniel Berghman<br>Munsch Hardt Kopf & Harr PC<br>500 N Akard Street, Suite 3800<br>Dallas, TX 75201-6659 |
| 7 | |
| 8 | James H. Billingsley<br>Polsinelli Shughart<br>2501 N. Harwood St.<br>Suite 1900<br>Dallas, TX 75201 |
| 9 | |
| 10 | |
| 11 | Chester R. Bouten<br>12065 Caminito Corriente<br>San Diego, CA 92128 |
| 12 | |
| 13 | Richard B. Burnham<br>4334 E. Desert Crest Dr.<br>Paradise Valley, AZ 85253 |
| 14 | |
| 15 | Doug Campbell<br>PO Box 4029<br>Incline Village, NV 89450 |
| 16 | |
| 17 | J. Kevin Checkett<br>Checkett and Pauly, P.C.<br>517 S. Main Street<br>P.O. Box 409<br>Carthage, MO 64836 |
| 18 | |
| 19 | |
| 20 | Carl Conrad<br>225 Crossroads Blvd., #108<br>Carmel, CA 93923 |
| 21 | |
| 22 | John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103 |
| 23 | |
| 24 | |
| 25 | DACA VI LLC<br>1565 Hotel Circle S, #310<br>San Diego, CA 92108 |
| 26 | |
| 27 | Jeff Davis<br>17868 Caminito Balata<br>San Diego, CA 92067 |
| 28 | |

P:01092088:60600.001                              -2-

| | |
|---|---|
| 1 | Gary L. Dee<br>935 Centennial Mill Lane<br>Frisco, TX 75034 |
| 2 | |
| 3 | Brian Donahue<br>32861 Verona Court<br>Temecula, CA 92592 |
| 4 | |
| 5 | Matthew Thomas Ferris<br>Winstead PC<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, TX 75201 |
| 6 | |
| 7 | |
| 8 | Ground Service Technology<br>1348 La Mirada Dr., Suite A<br>San Marcos, CA 92078 |
| 9 | |
| 10 | Marcel Guilbault<br>133 Applewood Crescent<br>Beaconsfield, Quebec<br>Canada, H9W5Z9 |
| 11 | |
| 12 | Michael Hartney<br>11665 Avena Place Ste 209<br>San Diego, CA 92128 |
| 13 | |
| 14 | Susan B. Hersh<br>Susan B. Hersh, P.C.<br>12770 Coit Road, Suite 1100<br>Dallas, TX 75251 |
| 15 | |
| 16 | |
| 17 | Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207 |
| 18 | |
| 19 | Ellis H. Johnson<br>2575 Rue Du Jardin #B-402<br>Naples, FL 34105 |
| 20 | |
| 21 | Lawrence Leventhal<br>PMB 149<br>PO Box 5000<br>Rancho Santa Fe, CA 92067 |
| 22 | |
| 23 | |
| 24 | Jack F. Liu<br>5503 B Paseo Del Lago W<br>Laguna Woods, CA 92637 |
| 25 | |
| 26 | Robert Messih<br>2652 NW Sample Ct.<br>Bend, OR 97703 |
| 27 | |
| 28 | Joseph Minder<br>4338 Murphy Dr. NW<br>Gig Harbor, WA 98335 |

P:01092088:60600.001                                -3-

| | |
|---|---|
| 1 | Weldon L. Moore |
| | Sussman & Moore, L.L.P. |
| 2 | 4645 N. Central Expressway |
| | Suite 300 |
| 3 | Dallas, TX 75205 |
| 4 | Kathlene Myron |
| | 7932 Kathryn Crosby Ct. |
| 5 | San Diego, CA 92127 |
| 6 | Robert Myron |
| | 7932 Kathryn Crosby Ct. |
| 7 | San Diego, CA 92127 |
| 8 | Dennis O'Dorisio |
| | Dennis O'Dorisio, APC |
| 9 | 11622 El Camino Real, Suite 100 |
| | San Diego, CA 92130 |
| 10 | |
| | Jay Ong |
| 11 | Munsch Hardt Kopf & Harr, P.C. |
| | 401 Congress Avenue, Suite 3050 |
| 12 | Austin, TX 78701 |
| 13 | Quilling, Selander, Lownds, Winslett & Moser, P.C. |
| | 2001 Bryan Street |
| 14 | Suite 1800 |
| | Dallas, TX 75201 |
| 15 | |
| | Jill Raffee |
| 16 | Raffee Law Group |
| | 11622 El Camino Real, Suite 100 |
| 17 | San Diego, CA 92130 |
| 18 | Steven Sargenti |
| | PMB 183 |
| 19 | PO Box 5000 |
| | Rancho Santa Fe, CA 92067 |
| 20 | |
| | Thomas C. Schreiber |
| 21 | 7210 Wildings Blvd. |
| | College Grove, TN 37046 |
| 22 | |
| | Sharon H. Sjostrom |
| 23 | Blalack & Williams, P.C. |
| | 4851 LBJ Freeway, Suite 750 |
| 24 | Dallas, TX 75244 |
| 25 | Rellen M. Stewart |
| | 15155 Miller Creek Road |
| 26 | Missoula, MT 59803 |
| 27 | Eric Tardif |
| | 9100 Los Lago Circle South |
| 28 | Granite Bay, CA 95746 |

| | |
|---|---|
| 1 | Patrick Vogt |
|   | 11711 Domain Drive |
|   | Apt. 1507 |
| 2 | Austin, TX 78758 |
| 3 | |
|   | Laureen Weaver |
|   | 225 Crossroads Blvd., #108 |
| 4 | Carmel, CA 93923 |
| 5 | |
|   | Joseph J. Wielebinski |
|   | Munsch, Hardt, Kopf, & Harr, P.C. |
| 6 | 3800 Lincoln Plaza |
|   | 500 North Akard Street |
| 7 | Dallas, TX 75201-6659 |
| 8 | |
|   | Victoria Wright |
|   | 2033 San Elijo Ave #631 |
| 9 | Cardiff By The Sea, CA 92007 |
| 10 | |
|   | Allan D. Zukor |
|   | 845 Fort Stockton Drive |
| 11 | Unit 105 |
|   | San Diego, CA 92103 |
| 12 | |

P:01092088:60600.001

-5-