| | |
|---|---|
| 1 | MICHAEL D. BRESLAUER [SBN 110259] |
| 2 | mbreslauer@swsslaw.com<br>SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 3 | 401 B Street, Suite 1200<br>San Diego, California 92101 |
| 4 | Telephone: (619) 231-0303<br>Facsimile: (619) 231-4755 |
| 5 | YOSINA M. LISSEBECK [SBN 201654] |
| 6 | ylissebeck@lissebecklaw.com<br>LISSEBECK LAW |
| 7 | 13223 Black Mountain Road, Suite 1350<br>San Diego, CA 92129 |
| 8 | Telephone (858) 240-7570 |
| 9 | Co-Counsel for The Official Committee of<br>Unsecured Creditors |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re | CASE NO. 15-04483-MM11 |
|---|---|
| THE CROSBY NATIONAL GOLF CLUB, LLC, | **DECLARATION OF MICHAEL D. BRESLAUER IN SUPPORT OF SUBMISSION OF SALE ORDER** |
| Debtor. | Date: January 9, 2017<br>Time: 10:00 a.m.<br>Dept: One (1) |
| | Honorable Margaret M. Mann |

P:01093042:60600.001

I, MICHAEL D. BRESLAUER, declare:

1. I am over 21 years of age and am duly licensed to practice in the State of California, and in the United States District and Bankruptcy Courts for the Southern District of California. I am a partner of Solomon Ward Seidenwurm & Smith, LLP ("Solomon Ward"), which maintains its offices at 401 B Street, Suite 1200, San Diego, CA 92101. I am the lead Chapter 11 Co-Counsel for The Official Committee of Unsecured Creditors (the "OCC") established in the above-captioned case. I have my personal knowledge of the following matters and would testify thereto if called as witness in this matter.

2. I spoke with Kristin Mihelic at the United States Trustee Office regarding the form of the order submitted to the court approving the auction sale. Ms. Milhelic informed me via email that she did not want to be a signatory on the order, but neither did she oppose its entry.

I declare under penalty of perjury under the laws of the State of California in the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on January 12, 2017, at San Diego, California.

/s/ Michael D. Breslauer
MICHAEL D. BRESLAUER