Fred P. Hayes, Esq. (SBN 132327)
fredhayesesq@gmail.com
1400 N Harbor Blvd, Suite 101
Fullerton, CA 92835
Telephone (714) 481-5820
Facsimile (888) 248-5050

Attorney for Bando Development Co., Ltd.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) CASE NO. 15-04483-MM11 |
| | ) |
| THE CROSBY NATIONAL GOLF | ) Chapter 11 |
| CLUB, LLC, | ) |
| | ) **NOTICE OF JOINING IN MOTION** |
| Debtor. | ) **TO APPROVE ASSUMPTION OF** |
| | ) **SUBLICENSE AGREEMENT** |
| | ) |
| | ) Date:  January 19, 2017 |
| | ) Time:  2:00 pm |
| | ) Dept:   One (1) |
| | ) |
| | ) Honorable Judge Margaret M. Mann |
| | ) |

TO THE COURT, THE PARTIES AND THE ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN THAT Bando Development Co., Ltd., and its nominee, buyer and real parties in interest, hereby join in the Motion to Approve Assumption of Trademark Sublicense Agreement filed by Debtor, the Crosby

1

National Golf Club, LLC, and set for hearing on January 19, 2017, at 2:00 pm in Department One of the above-entitled Court.

Dated:  January 11, 2017          Respectfully submitted,

/s/ Fred P. Hayes

_____

Fred P. Hayes, Attorney for
Bando Development Co., Ltd

2

NOTICE OF JOINING IN MOTION TO APPROVE
ASSUMPTION OF SUBLICENSE AGREEMENT
CASE NO. 15-04483-MM11

**PROOF OF SERVICE**

I, Wendy A. Yones, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On <u>**January 12, 2017**</u>, I served the following document(s):

    **NOTICE OF JOINING IN MOTION TO APPROVE ASSUMPTION OF SUBLICENSE AGREEMENT**

on each of the interested parties stated on the attached service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>**January 12, 2017**</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Everett G. Barry**    ebarry@mulvaneybarry.com, ktran@mulvaneybarry.com
- **Gustavo E. Bravo**    gbravo@smaha.com
- **Michael D. Breslauer**    mbreslauer@swsslaw.com, wyones@swsslaw.com
- **Christopher Celentino**    celentinoc@ballardspahr.com, burkec@ballardspahr.com
- **K. Todd Curry**    tcurry@currylegal.com
- **Peter L. Duncan**    peterd@psdslaw.com, theresam@psdslaw.com
- **Martin A. Eliopulos**    elio@higgslaw.com, millerl@higgslaw.com
- **Kristen Marquis Fritz**    kfritz@smaha.com
- **Luiey Haddad**    lghlaw1@gmail.com
- **Gregory J. Hout**    GHout@Houtlaw.com
- **Sarah H Lanham**    slanham@klinedinstlaw.com, lcage@klinedinstlaw.com
- **Adam A. Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Yosina M. Lissebeck**    ylissebeck@lissebecklaw.com, ylissebeck@ecf.inforuptcy.com
- **Dawn A. Messick**    messickd@ballardspahr.com, chabota@ballardspahr.com;burkec@ballardspahr.com
- **Kristin Mihelic**    Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov
- **Gary B. Rudolph**    rudolph@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- **John L. Smaha**    jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com
- **Lisa Torres**    ltorres@gogglaw.com, mburke@gogglaw.com
- **United States Trustee**    ustp.region15@usdoj.gov
- **Victor A. Vilaplana**    vavilaplana@foley.com, rhurst@foley.com
- **Timothy Andrew York**    tyork@qslwm.com, nchancellor@qslwm.com

**II.    SERVED BY U.S. MAIL:** On <u>**January 12, 2017**</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, as addressed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 12, 2017        By: <u>/s/ Wendy A. Yones</u>
                      WENDY A. YONES

P:01093085:60600.001

## SERVICE LIST BY U.S. MAIL

1

Timothy A. Lukas, Esq.
2   HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
3   Reno, Nevada 89511
*Attorneys for HLC Properties, Ltd.*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28