John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
**SMAHA LAW GROUP**
2398 San Diego Avenue
San Diego, California 92110
Telephone:   (619) 688-1557
Facsimile:    (619) 688-1558

Attorneys for Reorganized Debtor, The Crosby National Golf Club, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE CROSBY NATIONAL GOLF CLUB, LLC,<br><br>          Reorganized Debtor. | CASE NO. 15-04483-MM11<br><br>Chapter 11<br><br>NOTICE OF CLOSING OF SALE<br><br>Date:    January 3, 2017<br>Time:    N/A<br>Dept.:    N/A<br>Judge:   N/A |

COMES NOW The Crosby National Golf Club, LLC, the Reorganized Debtor (the "RD") in the above captioned Chapter 11 case, and respectfully submits a true and correct copy of the closing statement on the sale of substantially all of the Debtors's assets under that certain Asset Purchase Agreement attached as Exhibit B to the Order Authorizing and Approving the Sale of Substantially All of Debtor's Assets (Docket Number 944). RD's counsel has received $8,483,934.51 from the sale and RD's counsel holds the same in a separate trust account as required by Court Order. Attached as Exhibit A hereto is the closing statement issued by the First American Title Insurance Company.

Dated: February 10, 2017

                                                  /S/ Gustavo E. Bravo
                                       Gustavo E. Bravo, Esq.
                                       SMAHA LAW GROUP, APC
                                       *Attorney for Debtor,*
                                       The Crosby National Golf Club, LLC

W:\Crosby\Plan & DS\195.Notice.Sale.Closing.wpd

# EXHIBIT A



# First American Title Insurance Company
## National Commercial Services
4380 La Jolla Village Drive, Suite 110 • San Diego, CA 92122

Office Phone:(858)410-3900 Office Fax:(858)410-3900

## Seller's Final Settlement Statement

**File No:** NCS-819214-SD
**Escrow Officer:** Lieng Smith/JG
**Settlement Date:** 01/30/2017
**Disbursement Date:** 01/30/2017

**Property:**
Multiple Parcels, Unincorporated Area County of, CA 92075

**Buyer:**
Bando National Corporation
17102 Bing Crosby Blvd., San Diego, CA 92127

**Seller:**
The Crosby National Golf Club, LLC
2398 San Diego Avenue, San Diego, CA 92110

| Description | Seller Charge | Seller Credit |
|---|---:|---:|
| **Consideration** | | |
| Total Consideration | | 9,200,000.00 |
| | | |
| **Adjustments** | | |
| Earnest Money Deposit (Section 2.3 of APA) | 700,000.00 | |
| Deposit (NCHS) | 2,000.00 | |
| Deposit (Atkins Wedding) | 368.00 | |
| | | |
| **Prorations** | | |
| 2nd Half 2016-17 Taxes (267-180-63-00) 01/01/17 to 01/30/17 @$1,484.20/semi | 235.85 | |
| 2nd Half 2016-17 Taxes (267-180-64-00) 01/01/17 to 01/30/17 @$97.93/semi | 15.56 | |
| 2nd Half 2016-17 Taxes (267-190-02-00) 01/01/17 to 01/30/17 @$6,550.14/semi | 1,040.84 | |
| 2nd Half 2016-17 Taxes (267-191-01-00) 01/01/17 to 01/30/17 @$9,750.16/semi | 1,549.34 | |
| 2nd Half 2016-17 Taxes (267-191-02-00) 01/01/17 to 01/30/17 @$3,151.95/semi | 500.86 | |
| 2nd Half 2016-17 Taxes (267-191-03-00) 01/01/17 to 01/30/17 @$4,317.20/semi | 686.02 | |
| 2nd Half 2016-17 Taxes (267-191-04-00) 01/01/17 to 01/30/17 @$2,690.72/semi | 427.57 | |
| 2nd Half 2016-17 Taxes (267-190-05-00) 01/01/17 to 01/30/17 @$4,255.40/semi | 676.20 | |
| 2nd Half 2016-17 Taxes (267-190-35-00) 01/01/17 to 01/30/17 @$5,560.39/semi | 883.57 | |
| 2nd Half 2016-17 Taxes (267-260-55-00) 01/01/17 to 01/30/17 @$18.34/semi | 2.91 | |
| 2nd Half 2016-17 Taxes (267-191-06-00) 01/01/17 to 01/30/17 @$120.40/semi | 19.13 | |
| 2nd Half 2016-17 Taxes (267-191-11-00) 01/01/17 to 01/30/17 @$2,522.16/semi | 400.78 | |
| 2nd Half 2016-17 Taxes (267-190-33-00) 01/01/17 to 01/30/17 @$45,680.73/semi | 7,258.86 | |
| | | |
| **Disbursements Paid** | | |
| **Miscellaneous Disbursement** | | |
| Net Sale Proceeds to The Crosby National Golf Club, LLC by Smaha Law Group A Professional Law Corp | 8,483,934.51 | |
| | | |
| **Totals** | 9,200,000.00 | 9,200,000.00 |

Page 1 of 2
Print Date: 01/30/2017, 6:16 PM

## Seller's Final Settlement Statement

**Settlement Date:** 01/30/2017  
**Officer:** Lieng Smith/JG

**File No:** NCS-819214-SD

```
John L. Smaha, Esq.  Bar No. 95855
Gustavo E. Bravo, Esq.  Bar No. 218752
SMAHA LAW GROUP APC
2398 San Diego Avenue
San Diego, California 92110
(619) 688-1557  Telephone
(619) 688-1558  Facsimile
Attorneys for Debtor, The Crosby National Golf Club, LLC
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE                     Case No. 15-04483-MM11

*In re The Crosby National Golf Club, LLC*

I am employed in the City of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 2398 San Diego Avenue, San Diego CA 92110.

On February 13, 2017, I caused to be served the following document(s) described as:

1.  **NOTICE OF CLOSING OF SALE**

| | |
|---|---|
| U.S. TRUSTEE | Robert Silva |
| Department of Justice | c/o The Crosby National Golf Club, LLC |
| 402 West Broadway, Ste. 600 | 2930 Bledsoe Street, Ste. #124 |
| San Diego, CA 92101 | Fort Worth, TX 76107 |
| | *Courtesy Copy* |

[X]  **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope. I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

[X]  **(ELECTRONIC NOTICE VIA THE ECF SYSTEM).** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 13, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

| | |
|---|---|
| Everett G. Barry: | ebarry@mulvaneybarry.com, ktran@mulvaneybarry.com |
| Gustavo E. Bravo: | gbravo@smaha.com |
| Michael D. Breslauer: | mbreslauer@swsslaw.com, wyones@swsslaw.com |
| Christopher Celentino: | celentinoc@ballardspahr.com, burkec@ballardspahr.com |
| K. Todd Curry: | tcurry@currylegal.com |
| Peter L. Duncan: | peterd@psdslaw.com, theresam@psdslaw.com |
| Martin A. Eliopulos: | elio@higgslaw.com, millerl@higgslaw.com |
| Kristen Marquis Fritz: | kfritz@smaha.com |
| Luiey Haddad: | lghlaw1@gmail.com |
| Gregory J. Hout: | GHout@Houtlaw.com |
| Sarah H Lanham: | slanham@klinedinstlaw.com, lcage@klinedinstlaw.com |
| Adam A. Lewis: | alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com |
| Yosina M. Lissebeck: | ylissebeck@lissebecklaw.com, ylissebeck@ecf.inforuptcy.com |
| Dawn A. Messick: | messickd@ballardspahr.com, chabota@ballardspahr.com;burkec@ballardspahr.com |
| Kristin Mihelic: | Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov |
| Gary B. Rudolph: | rudolph@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sul |

1

| | |
|---|---|
| | livanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com |
| John L. Smaha: | jsmaha@smaha.com, gbravo@smaha.com;mdawson@smaha.com;jteague@smaha.com |
| Lisa Torres: | ltorres@gogglaw.com, mburke@gogglaw.com |
| United States Trustee: | ustp.region15@usdoj.gov |
| Victor A. Vilaplana: | vavilaplana@foley.com, rhurst@foley.com |
| Timothy Andrew York: | tyork@qslwm.com, nchancellor@qslwm.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 13, 2017**, San Diego, California.

/s/ *Amelda M. Dawson*
Amelda M. Dawson

2