CSD 1547 [09/27/10]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

FILED

2017 JUL 26 AM 11: 55

**NOTICE OF CHANGE OF ADDRESS**

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

IN RE: THE CROSBY NATIONAL GOLF CLUB, LLC , Debtor

CASE NUMBER: 15-04483-MM11

PLEASE NOTE: This form may __not__ be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, __AMENDMENT__.

Check appropriate box below:

[ ]   DEBTOR OR JOINT DEBTOR NAMED BELOW:

NAME: _____   [ ]  Debtor  [ ]   Joint Debtor
           (Please print)

NEW ADDRESS: _____
           (New Street or Post Office Address)

_____
(City)                    (State)              (ZIP Code)

SIGNATURE: _____
           (Attorney for) Debtor or Joint Debtor

[X]   CREDITOR NAMED BELOW:

NAME: _EDWARD Borkowski_
           (Please print)

NEW ADDRESS: _56 Dale Drive_
           (New Street or Post Office Address)
_Chatham,     NJ          07928_
(City)                    (State)              (ZIP Code)

SIGNATURE: _____
           (Attorney for) Creditor

American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 1547

04483 notl
1BC